```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTI C. KAPETAN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California 93721
    Telephone: (559) 498-7316
 5
    Attorneys for Defendant
 6
```

|  |  |
|---|---|
| 7 | IN THE UNITED STATES DISTRICT COURT FOR THE |
| 8 | EASTERN DISTRICT OF CALIFORNIA |

```
 9  DENG VONGLAHA,              )   1:04-cv-6705 REC LJO
                                )
10              Plaintiff,      )   STIPULATION AND ORDER
                                )   TO EXTEND TIME
11              v.              )
                                )
12  JO ANNE B. BARNHART,        )
    Commissioner of Social      )
13  Security,                   )
                                )
14              Defendant.      )
    _____)
15
16      The parties, through their respective counsel, stipulate
17  that defendant's time to respond to plaintiff's opening brief be
18  extended from August 16, 2005 to September 15, 2005.
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25
26
```

This is the defendant's first request for an extension of time to respond to plaintiff's opening brief.  Defendant needs the additional time to further review the file and prepare a response in this matter.

                                        Respectfully submitted,

Dated: August 4, 2005

                                        /s/ Gina M. Fazio
                                        (As authorized via facsimile)
                                        GINA M. FAZIO
                                        Attorney for Plaintiff

Dated: August 5, 2005        McGREGOR W. SCOTT
                                        United States Attorney

                                        /s/ Kristi C. Kapetan
                                        KRISTI C. KAPETAN
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:   August 8, 2005**                **/s/ Lawrence J. O'Neill**
b9ed48                                            UNITED STATES MAGISTRATE JUDGE